

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00029-CV

In the Interest of **J.M.C.**, P.A.S.M., and J.A.M. a/k/a J.M., Jr., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01268
Honorable Peter Sakai, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

We ORDER no costs be assessed because appellant is indigent.

SIGNED June 30, 2021.

_____
Luz Elena D. Chapa, Justice